FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

11 NOV -9 PM 2:47

STEPHEN R. LUDWIG, CLERK
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

| UNITED STATES OF AMERICA | ) | INDICTMENT |
| --- | --- | --- |
|  | ) |  |
| v. | ) | 18 U.S.C. § 2113(a) |
|  | ) |  |
| TIMOTHY JOHNSON | ) | CAUSE NUMBER: |

**THE GRAND JURY CHARGES:**

3:11CR 139

**COUNT 1**

On or about July 16, 2007, in the Northern District of Indiana,

**TIMOTHY JOHNSON,**

defendant herein, did by force, violence, and intimidation take from the person or presence of another United States Currency, belonging to and in the care, custody, control, management, and possession of 1st Source Bank, 2323 South Michigan Street, South Bend, Indiana, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

/s/ *Grand Jury Foreperson*
Grand Jury Foreperson

APPROVED BY:

DAVID CAPP
UNITED STATES ATTORNEY

By: /s/ *Frank E. Schaffer*
Frank E. Schaffer
Assistant United States Attorney