AO 442 (Rev. 01/09) Arrest Warrant

FILED

# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

II DEC -2 PM 2: 36

STEP... LUDWIG, CLERK
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   3:11cr139 |
| TIMOTHY JOHNSON | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   TIMOTHY JOHNSON                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:
   18:2113(a)     Bank Robbery

Date:   11/10/2011

_____
Issuing officer's signature

City and state:     South Bend, Indiana

JDarrah, Case Administrator
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 11-10-11 , and the person was arrested on *(date)* 12-02-11 at *(city and state)* South Bend, IN . |
| Date:   12-2-11                     _____<br>Arresting officer's signature<br><br>SA Thomas Weber<br>*Printed name and title* |