NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:11-cr-139-JD |
| | ) | |
| v. | ) | |
| | ) | |
| TIMOTHY JOHNSON | ) | |
| Defendant. | ) | |

**ORDER OF DETENTION PENDING TRIAL**


On Decenber 7, 2011 the defendant, Timothy Johnson, and his counsel, Thomas Keller,

appeared in open Court,  and stipulated to detention.

Therefore based upon the stipulation and the facts and recommendation contained in the

Pretrial Services Report the defendant, Timothy Johnson is now detained and committed to the

custody of the Attorney General for confinement in a corrections facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

The defendant shall be afforded reasonable opportunity for private consultation with his counsel.

Upon an order of a Court of the United States, or a request of an attorney for the United States, the

person in charge of the corrections facility in which the defendant is confined shall deliver the

defendant to a United States Marshal for the purpose of an appearance in connection with a court

proceeding.


Dated this 8th day of December 2011 .


 s/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge