UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CAUSE NO.  3:11-CR-139-JD |
| | ) | |
| TIMOTHY JOHNSON | ) | |

## STATEMENT OF THE CASE

Comes now the Defendant, TIMOTHY JOHNSON, with counsel, Kurt R. Earnst, and submits her Statement of the Case as follows:

A. The issue for trial is whether Defendant, Timothy Johnson, committed the offense of bank robbery as charged in the indictment.

B. There are no stipulations at this time.

C. Other than testimony of witnesses, there are no known exhibits or recordings that will be admitted by the defense in this matter except any that may be necessary to impeach or rebut testimony or to refute findings or conclusions by any experts called by the Government.

D. Defendant may call experts to refute experts anticipated to be called by the Government on issues including, but not limited to, DNA testing and analysis.

E. There are no prior convictions upon which Defendant is aware that could be admitted in this matter as against him that would not require a court ruling

  outside of the presence of the jury before being offered or mentioned by the Government.

F. At this time, Defendant does not anticipate any other evidentiary or questions or legal issues that would arise at trial other than those stated above.

G. Counsel will make arrangements for proper civilian clothing to be provided for Defendant for trial.

            Respectfully Submitted,

            /s/ Kurt R. Earnst
            Attorney for Defendant
            P.O. Box 1006
            Michigan City, IN 46361-8206
            Telephone:  219-872-2100
            E-Mail:  kre@braje-nelson.com