UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CAUSE NO. 3:11-CR-00139-JD |
| | ) | |
| TIMOTHY JOHNSON | ) | |

### SPEEDY TRIAL WAIVER

Defendant acknowledges that he has a right to a speedy trial and that this right has been guaranteed to him by the Sixth Amendment to the United States Constitution and the Speedy Trial Act, 18 U.S.C. 3161. However, defendant freely waives his right to a speedy trial and requests that any trial delay be excluded from computation under the Speedy Trial Act. Defendant specifically requests that the court find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendant in a speedy trial.

Respectfully submitted,

_____     _____
Defendant                                              Kurt R. Earnst,
                                                               Counsel for Defendant Johnson