FILED
2012 APR 23 PM 12:3-

Dear Judge John E. DeGuilio,

First of all your Honor, I am writing this letter to inform you that I am not comfortable with the attorney I have who is supposed to be representing me for trial. Why? Because I talked to him multiple times about my case (which involves around my DNA that I proved to him was obtained illegally) and he tells me that that doesn't matter. But I myself feel that it does matter alot. And I want him to expose the fact that they obtained my DNA illegally, but he tells me that he is not going to do that but do it his own way the way he wants it to be done. Your Honor, I understand the fact that he is my attorney and he has his opinion on how he wants to go about my case, but I personally don't agree with the way he trying to defend my cause. This is my life and I don't feel safe with entrusting myself in the hands of this attorney I have now and taking him all the way to Jury trial with me. He is ineffective because he keeps on insisting that I take a plea agreement that I already established with him I wasn't going to take. And I feel that he does not want to go all the way to trial with me because he keeps Keeps trying to force this plea upon me. And if I go to trial with him I feel that he will not represent me to his fullest extent. I

would like to be appointed someone who doesn't give me the "Run Around" and keeps me informed about everything that is going on with my case. I don't understand if my DNA was already in the system at the time when this case was filed on me why would they need some more DNA. And my attorney tells me that it doesn't matter about how they obtained it. I need someone who is ready and willing to work with me to their best ability and not just trying to persuade me to take a plea bargain. I believe that these are good grounds to stand on about why I don't want Mr. Kurt Earnst to represent me anymore. Please grant my motion for ineffective counsel and please appoint me someone who is going to fight for me. Please have mercy upon me, for this is my life.

Sincerely,

Timothy Johnson