UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:11-CR-139 JD |
| | ) | |
| TIMOTHY JOHNSON | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on June 12, 2012 [DE 42]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Timothy Johnson's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 2113(a).

SO ORDERED.

ENTERED:   July 9, 2012

　　　　　　　　　　　　　　　　　　　　　　／s/ JON E. DEGUILIO
　　　　　　　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　　　　　　　　United States District Court