Dear Clerk of the court!

I am sorry for all of this misunderstanding however you live and learn in this process.

Now what I would like from you is a copy of my discovery motion as this has all of the relevant documents need for what I am pursuing.

My name is

Timothy Johnson
CASE NO. 3:11-CR-139

thank you very much.

timothy Johnson 11925-027
Coleman USP 2-1034
P.O.BOX-1034
Coleman Florida 33521
Federal correctional complex-USP-2

United States District Court
Northern district of Indiana
204 So. main st.
So. Bend, In.



TAMPA FL 335
SAINT PETERSBURG FL
04 AUG 2015 PM 5 L