AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Indiana

**- FILED -**
MAY 0 4 2017
At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| United States of America | ) |
|---|---|
| v. | ) |
| TIMOTHY JOHNSON | ) Case No. 3:11-cr-139 |
| Defendant | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: | United States District Court<br>204 S. Main Street<br>South Bend, IN 46601 |
|---|---|
| Courtroom No.: | Second Floor |
| Date and Time: | 05/09/2017 2:00 pm |

This offense is briefly described as follows:
Violation of conditions of supervised release as set forth in the petition.

Date: 05/03/2017

*Issuing officer's signature*

Robert N. Trgovich, Clerk (rmc)
*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: 5/4/17

*Server's signature*

Amos Workman DOSM
*Printed name and title*