UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA

       Plaintiff,

v.                         CASE NUMBER: 3:11-CR-00139 JD

TIMOTHY JOHNSON

       Defendant.

_____/

## APPEARANCE

To the Clerk of this court and all parties of record:

    I, the below-signed, state that I have read the Standards for Professional Conduct within the Seventh Federal Judicial Circuit pursuant to N.D. Ind. L.R. 83.5(g) and appendix B-65-B-70 of this Court and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

    Enter my appearance as counsel in this case for **TIMOTHY JOHNSON.**

Dated:  May 10, 2017

                                  Northern District of Indiana
                                  Federal Community Defenders, Inc.

                                  By:   s/ H. Jay Stevens
                                    H. Jay Stevens. Staff Attorney
                                    227 S. Main Street, Suite 100
                                    South Bend, IN 46601
                                    Phone:  (574) 245-7393
                                    Fax:  (574) 245-7394
                                    eMail: jay_stevens@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on <u>May 10, 2017</u> I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties of record.

/s/ H. Jay Stevens
H. Jay Stevens, Staff Attorney
Northern District of Indiana
Federal Community Defenders, Inc.
