UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NUMBER: 3:11-CR-00139 JD |
| | ) | |
| TIMOTHY JOHNSON | ) | |

**STIPULATION AND AGREEMENT**
**RE:  SUPERVISED RELEASE REVOCATION**

Comes now the United States of America by Clifford D. Johnson, Acting United States Attorney for the Northern District of Indiana, and by Frank Schaffer, Assistant United States Attorney, and the Defendant Timothy Johnson, with his counsel H. Jay Stevens to stipulate and agree with respect to the following facts and supervised release violation with which the Defendant is charged.  Specifically, the government and the defendant STIPULATE and AGREE as follows:

1. Defendant Timothy Johnson, admits the violations of supervised release listed in the May 2017 Petition to Revoke Supervised Release, specifically his violations of release for testing positive for cocaine on  January 9, 31, February 2, 16, 27, March 13, 21 and May 1, 2017. The government would dismiss the remaining allegations.

2. Mr. Johnson at the time of his original sentencing was in Criminal History category V.

3. Under 18 U.S.C. § 3583(e)(3), it appears that Mr. Johnson faces a maximum of two (2) years additional imprisonment for his supervised release violations and

an additional period of supervised release.  The guideline range for these Class "B" violations is 18-24 months.

4. The government, Mr. Johnson and his counsel are recommending that Mr. Johnson be sentenced to 18 months imprisonment followed by no further period of supervised release.

Dated:   June 5, 2017

Respectfully submitted,

CLIFFORD D. JOHNSON
ACTING UNITED STATES ATTORNEY

By:  s/ Frank Schaffer
Frank Schaffer
Assistant United States Attorney

 s/ Timothy Johnson
Timothy Johnson, Defendant

 s/ H. Jay Stevens
H. Jay Stevens, Counsel to Defendant