**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>**TIMOTHY JOHNSON a/k/a TIMOTHY ALFORD**<br><br>　　　　　Defendant. | **CASE NUMBER: 3:11CR139-001**<br>**USM Number: 11925-027**<br><br>**H JAY STEVENS - FCD**<br>**DEFENDANT'S ATTORNEY** |

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Supervised Release)

**THE DEFENDANT** admitted guilt to violation of the condition of supervision listed below.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Mandatory Condition, Violation No. 1 | Defendant violated the condition of his supervision that he not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and two (2) periodic drug tests thereafter, as determined by the Court. The defendant tested positive for cocaine and he admitted use on 1/9/17, 1/31/17, 2/9/17, 2/16/17, 2/27/17, 3/13/17, 3/21/17, and 5/1/17. | May 1, 2017 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Upon motion from the Government, the remaining violations were dismissed.

If the original special assessment fee has not been paid, such remains due and owing.

No term of supervised release to follow the defendant's term of imprisonment.

**IT IS ORDERED** that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in economic circumstances.

Case Number: 3:11CR139-001
Defendant: TIMOTHY JOHNSON a/k/a TIMOTHY ALFORD

Page 2 of 3

June 16, 2017
Date of Imposition of Judgment

s/ Jon E. DeGuilio
Signature of Judge

Jon E. DeGuilio, United States District Judge
Name and Title of Judge

June 19, 2017
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **18 months.**

The Court makes the following recommendations to the Bureau of Prisons: That the Bureau of Prisons designate as the place of the defendant's confinement, if such placement is consistent with the defendant's security classification as determined by the Bureau of Prisons, a facility where he may receive a substance abuse evaluation and treatment, as deemed necessary by the Bureau of Prisons; and that the defendant be placed in a facility as close as possible to his family in the Northern District of Indiana to facilitate regular family visitation.

The Court leaves it to the BOP to calculate any credit for time served.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

    Defendant delivered _____ to _____ at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
DEPUTY UNITED STATES MARSHAL