-FILED-

DEC 19 2017

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIAN[A]

To the Clerk of the court:

    My name is Timothy Johnson, I need a copy of my plea agreement, judgment and commitment order, and docket sheet. I am indigent. Thank You

Timothy Johnson 11925-027

*Timothy Johnson* (signature)

⇔11925-027⇔
Mr Timothy Jhonson
Federal Correctional Inst
PO BOX -5000
# 11925-027
Pekin, IL 61555
United States

PEORIA IL 616

15 DEC 2017 PM 1 T



⇔11925-027⇔
Us Distric T Clerk
204 S MAIN ST
South BEND, IN 46601
United States

4660132194